BEFORE THE FIRST DIVISION, JANUARY 5, 1940

**No. 42953.**—Protest 920551–G of A. Leo Haas (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 41389 the fur pieces in question were held dutiable as waste at 10 percent under paragraph 1555 as claimed.

**No. 42954.**—Protest 986454–G of Danbury & Bethel Fur Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of Abstract 41389 the fur pieces in question were held dutiable as waste at 10 percent under paragraph 1555 as claimed.

**No. 42955.**—Protests 948458–G, etc., of P. Levin & Sons (New York).

Opinion by BROWN, J. On the authority of Abstract 41389 certain of the merchandise was held dutiable as waste at 10 percent under paragraph 1555 as claimed.

**No. 42956.**—Protests 985784–G, etc., of H. P. Lambert Co. (Boston).

Opinion by BROWN, J. On the authority of *Nozaki* v. *United States* (1 Cust. Ct. 262, C. D. 61) the boxes in question were held entitled to free entry as claimed.

**No. 42957.**—Protests 899164–G, etc., of F. W. Woolworth Co. (Seattle).

Opinion by BROWN, J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. They were therefore held dutiable at 50 percent under paragraph 1506 as claimed.

**No. 42958.**—Protest 923013–G/87355 of S. M. & R. Co. (Chicago).

Opinion by BROWN, J. It was stipulated that the merchandise consists of clothes brushes the same as those the subject of *United States* v. *Heinrich Herrmann* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 42959.**—Protests 11110–K (B), etc., of Nelson Bead Co., Inc. (New York).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.